UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| R.C.N. ASSOCIATES, INC. AND<br>GC MARINE ELECTRIC LLC | * | CIVIL ACTION |
| | * | NO. 19-14657 |
| VERSUS | | |
| | * | SECTION |
| M/V SERENA CLUB, her engines, tackle,<br>apparel, etc., *in rem* and CARABELLA1,<br>LLC, *in personam* | * | JUDGE |
| | * | MAG. |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## VERIFIED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come plaintiffs herein, R.C.N. Associates, Inc. ("R.C.N. Associates") and GC Marine Electric LLC ("GC Marine"), and for their verified complaint against defendants, M/V SERENA CLUB, her engines, tackle, apparel, etc., *in rem*, and Carabella1, LLC ("Carabella1"), *in personam*, upon information and belief represent as follows:

I.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and Rules B and C of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions. Jurisdiction is proper pursuant to 28 U.S.C. §1333 and Rule 9(h) of the Federal Rules of Civil Procedure.

II.

At all times material herein, plaintiffs, R.C.N. Associates & GC Marine, are and were foreign business entities with their principal places of business in Florida.

III.

At all times material herein, defendant, M/V SERENA CLUB, was and is a vessel owned by defendant, Carabella1, a limited liability company organized and existing under the laws of the State of Florida with its principal place of business in Palm Harbor, Florida, and with no presence or agent for service of process in this district. M/V SERENA CLUB is a vessel in navigation which is now or soon will be within this District and within the jurisdiction of this Honorable Court.

IV.

In or around November and December 2018, R.C.N. Associates agreed to and did provide necessary services and labor to complete necessary repairs to the M/V SERENA CLUB while she was moored on the Mississippi river in the Port of New Orleans. The vessel's owner, Carabella1, explicitly ordered and approved R.C.N. Associates' provision of services and labor for the necessary repair of the M/V SERENA CLUB.

V.

On 10 December 2018, R.C.N. Associates sent its invoice for services rendered to complete the necessary repairs in the amount of $16,180.00, to the M/V SERENA CLUB, *in rem*, and Carabella1. (See invoice attached hereto as Exhibit A.) The invoice called for payment of the full amount owed to R.C.N. Associates within 5 days from invoice date. At no time after receiving that invoice did anyone representing M/V

SERENA CLUB and/or Carabella1 question the need for the services covered by the invoice or suggest they were not responsible for payment of the invoice.

VI.

In May 2019, another contractor who provided necessary repairs to the M/V SERENA CLUB, Gulf States Marine, threatened to arrest the M/V SERENA CLUB unless Carabella1 paid its overdue invoice of $19,850.00. To avoid the arrest of the vessel, and at the specific request of the owners of the M/V SERENA CLUB, R.C.N. Associates paid Gulf States Marine's overdue invoice on behalf of the M/V SERENA CLUB and its owners, and based on the owners' promise that they would reimburse R.C.N. Associates for its payment to Gulf States Marine. (See Gulf States Marine invoice with R.C.N. Associates' check no. 213, attached hereto as Exhibit B.) This increased the balance owed R.C.N. Associates by the M/V SERENA CLUB and Carabella1 to $36,030.00.

VII.

In June 2019, GC Marine sent two invoices in the total amount of $5,850.00 for necessary electrical services rendered to complete the necessary repairs to the M/V SERENA CLUB to the vessel and Carabella1. (See GC Marine invoices attached hereto as Exhibits C and D.) The invoices called for payment of the full amount owed to GC Marine upon receipt. At no time after receiving those invoices did anyone representing M/V SERENA CLUB and/or Carabella1 question the need for the electrical services covered by the invoice or suggest they were not responsible for payment of those invoices.

VIII.

On 3 September 2019, undersigned counsel, on behalf of R.C.N. Associates and GC Marine, sent a written demand to Carabella1 correctly setting forth the amounts owed both R.C.N. Associates and GC Marine and formally demanding payment in full.

IX.

Despite due demand, no payment was or has been received by R.C.N. Associates or by GC Marine, and there remains an outstanding balance of $36,030.00 and $5,850.00, respectively, plus interest, costs and attorneys' fees, for the necessary services R.C.N. Associates and GC Marine supplied to the M/V SERENA CLUB in Louisiana, as described above.

## Count I – Relief Under Admiralty Rules B and C

X.

R.C.N. Associates and GC Marine reallege and reaver as if pled herein *in extenso* the allegations contained in the foregoing articles I to IX.

XI.

As suppliers of necessaries to the M/V SERENA CLUB on the order of her owner, and/or owner's, and/or charterer's authorized representatives, and pursuant to 46 U.S.C. §31341, *et seq*, as well as all other applicable law(s), R.C.N. Associates and GC Marine are the holders of a maritime lien against the M/V SERENA CLUB for all amounts owed to R.C.N. Associates and GC Marine, plus interest, costs and attorneys' fees, and enforceable by *in rem* proceedings against the M/V SERENA CLUB pursuant to Rule C. The M/V SERENA CLUB and Carabella1's actions in failing to pay R.C.N.

Associates and GC Marine for the necessary services also result in Carabella1's *in personam* liability enforceable by attachment of its property in this district pursuant to Rule B.

XII.

R.C.N. Associates and GC Marine have conducted a diligent search, but Carabella1 is a non-resident and cannot be found in this district. Carabella1 also has no agent for service of process in this district. However, upon information and belief, it has property, namely the M/V SERENA CLUB, which is now or will during the pendency of this action be within this jurisdiction. R.C.N. Associates and GC Marine are, therefore, entitled to orders pursuant to Rule B and Rule C of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure for the Clerk of this Court to issue a Writ of Attachment for the M/V SERENA CLUB and a Warrant of Arrest for the M/V SERENA CLUB, respectively, directing the United States Marshal for this district to attach and arrest the M/V SERENA CLUB and to retain that vessel within its custody pending the posting by Carabella1 of security in adequate amount and appropriate form, failing which, the vessel is to be condemned and sold to satisfy R.C.N. Associates' and GC Marine's claims herein.

XIII.

R.C.N. Associates' and GC Marine's request for a Warrant of Arrest is pursuant to Supplemental Admiralty Rule C. R.C.N. Associates' and GC Marine's request for a Writ of Attachment is pursuant to Supplemental Admiralty Rule B, and in the alternative, Louisiana Code of Civil Procedure Article 3541(5) (non-resident attachment).

XIV.

All and singular, the foregoing allegations are true and correct and within the admiralty and maritime jurisdiction of the United States and this Honorable Court.

### Count II – Open Account

XV.

R.C.N. Associates and GC Marine reallege and reaver as if pled herein *in extenso* the allegations contained in the foregoing articles I to XIV.

XVI.

R.C.N. Associates and GC Marine allege that their invoices were supplied to the M/V SERENA CLUB and Carabella1 on open account under La. R.S. § 9:2781. Carabella1 has received proper statutory demand from R.C.N. Associates and GC Marine and has arbitrarily refused to pay.

XVII.

In addition to the principal sums due from the M/V SERENA CLUB and Carabella1, R.C.N. Associates and GC Marine seek to be awarded their attorney's fees and litigation expenses under Louisiana's Open Account Statute, La. R.S. § 9:2781, for Carabella1's refusal to pay.

XVIII.

R.C.N. Associates and GC Marine reserve the right to supplement and amend this Verified Complaint as further facts become available.

**WHEREFORE**, plaintiffs, R.C.N. Associates, Inc. and GC Marine Electric LLC, pray:

1. That process in due form of law in a cause of admiralty and maritime jurisdiction may issue against M/V SERENA CLUB, her engines, apparel, etc., *in rem*, and all persons having or claiming any interest in said vessel be cited to appear and answer the allegations of the verified complaint;

2. That process in due form of law be issued, and that Carabella1, LLC be served and summoned to appear and answer, all and singular, the allegations of this verified complaint;

3. That an order issue pursuant to Rule B of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure for the Clerk of this Court to issue a Writ of Attachment directing the United States Marshal for this district to attach and retain within its custody the M/V SERENA CLUB;

4. That an order issue pursuant to Rule C of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure for the Clerk of this Court to issue a Warrant of Arrest directing the United States Marshal for this district to arrest and retain within its custody the M/V SERENA CLUB;

5. That defendants be ordered to post security in adequate amount and appropriate form to secure R.C.N. Associates' and GC Marine's claims herein, failing which, that the M/V SERENA CLUB be condemned and sold to satisfy R.C.N. Associates' and GC Marine's claims herein;

6. That, after due proceedings, judgment be entered in favor of R.C.N. Associates and GC Marine herein and against Carabella1, LLC and the M/V SERENA CLUB, *in rem*, awarding R.C.N. Associates, Inc. and GC Marine Electric LLC the damages claimed herein, plus interest, costs, attorney's fees, and all such other sums to which plaintiffs may be entitled; and

7. For all such other relief that justice and the nature of this case will permit.

Respectfully submitted,

MURPHY, ROGERS, SLOSS,
 GAMBEL & TOMPKINS

*/s/ Peter B. Sloss*

_____
Peter B. Sloss (# 17142)
Jeffrey A. Raines (# 11076)
701 Poydras Street, Suite 400
New Orleans, Louisiana 70139
Telephone: (504) 523-0400
Facsimile: (504) 523-5574
Email: psloss@mrsnola.com
Email: jraines@mrsnola.com
Attorneys for plaintiffs, R.C.N. Associates, Inc. and GC Marine Electric LLC

**INSTRUCTIONS FOR U.S. MARSHAL:**

Please withhold service *in rem*.

**PLEASE ISSUE SUMMONS TO:**

**Carabella1, LLC**
Through its registered agent:
Margaret Allen
31133 US Hwy 19 N
Palm Harbor, FL 34684

4822-2367-0703, v. 1