

HF ITALY Srl
Via Divisione Julia 60/E
33042 Buttrio Ud Italy
C.F.- P.IVA - VAT  02733400309
N.Reg.Imprese Udine: 283887

Hereinafter called: "The Contractor"

And

Cara Bella 1, LLC

Hereinafter called: "The Client"

The Client and the Contractor hereinafter sometimes collectively referred to as the Parties or each individually as the Party

Executed on 10.09.2018. the following

## Contract "CARA BELLA 1, LLC"

Hereinafter called: "The Contract"

**EXHIBIT C**





**Your reference. "Teak floor restaurant / Teak deck outside / Steps and handrails."**

QUOTATION No.: HFI-C. Number 135 Teak Projects.

Dear Sir,
With reference to your request for teak floor and visit on board, we have the pleasure to offer you as following.

**Technical Specification HF Italy srl Teak floor inside:**

**HF ITALY srl "solid Teak glued 9 mm"**

Teak material        Teak material is F.E.Q. (First European Quality) plank measures are
                     1800mmUP x 96mm x 9mm (length x width x thickness)

Installation material
                     Cleaning, levelling, gluing and caulking with SIKA MARINE products
                     Varnish the floor with teak oil.

**Main deck – Boiler deck – Hurricane deck.**

Total 2510 M2 x $ 185,00 = $ 464.350,00 +5% waste material $ 23.175,00 = $ 487.567,50

**Technical Specification HF Italy srl Teak decks outside area:**

**HF ITALY srl "solid Teak glued 12 mm"**

Teak material        Teak material is F.E.Q. (First European Quality) plank measures are
                     1800mmUP x 96mm x 12mm (length x width x thickness)

Installation material
                     Cleaning, levelling, gluing and caulking with SIKA MARINE products

**Main deck – Boiler deck – Hurricane deck**

Total 1540 M2 x $ 213,00 = $ 328.020,00 +5% waste material $ 16.401,00 = $ 344.421,00

**Technical Specification HF Italy srl Teak steps and handrails:**

**HF ITALY srl "solid teak"**

Teak material / Installation: Teak material is F.E.Q. (First European Quality)
                              Stainless steel screws and shape as sample that we will send you.



**Main deck – Boiler deck – Hurricane deck.**
Square handrails          560 running meter's                    =   $   74.160,00
Round rails radius 45mm  470 running meter's

**HF ITALY srl "solid teak steps 12 mm"**

Teak material / Installation:  Teak material is F.E.Q.  (First European Quality)
                              Stainless steel screws and shape as sample that we will send you.

**Main deck – Boiler deck – Hurricane deck.**

Step size 1200mm x 310mm x 40mm total 372 pcs.              =   $       85.932,00

**Logistic handling.**                                              =   $        7.929,50


Turnkey price offered                                              =   $ 1.010.000,00

**Price agreed**                                                    =   **$ 1.000.000,00**

## Commercial conditions:

Total price turn key $ 1.000.000,00

Prices is in Dollars, exclusive VAT (0%)

Prices is inclusive all materials, installation,

Transport, travel and accommodation

See specification.

## Payments terms.

15% by contract.

35% all material ready to be sent

25% arrival of material on yard (New Orleans.)

25% commission and approval from owner.

## Delivery time:

2 months from PO include transport time material on yard
3-4 weeks for installation and handle over to owner.

## Guarantee:

12 months from the delivery date.

## Validity:

This offer is valid until the 10 September 2018

## Bank details:

**HF ITALY SRLCR**

**Bank :Banca Friuladria – Credit Agricole**

**Monfalcone – Go - Italy**

**Account no. 40233878**

**EU IBAN: IT 65I0533664611000040233878**

**BIC SWIFT CODE : BPPN IT2 P176**

This Contract shall enter into force upon signing by both Parties.

## Modification and assignment

Any amendment or assignment of this Contract shall be made in writing by agreement of both Parties.

## Number of originals

This Contract has been made in 2 (two) identical originals of which each Party to receive 1 (one) original.

**THE CLIENT**                       **THE CONTRACTOR**

*[Stamp: HF ITALY S.R.L.C.R. Via Divisione Julia 60/B 33042 Buttrio UD Part. IVA 02733100309]*

Cara Bella, 1 LLC                   Johnny Freund