

Via Divisione Julia 60/E
33042 Buttrio Ud Italy
C.F.- P.IVA - VAT # 02733400309
N.Reg.Imprese Udine: 283887

HF Italy Srl

And

Cara Bella 1, LLC. USA

Hereinafter called: "The Client"

The Client and the Contractor hereinafter sometimes collectively referred to as the Parties or each individually as the Party

Executed on 29.10.2018. the following

## Contract "CARA BELLA 1, LLC"

Hereinafter called: "The Contract"

Your reference. "Bulkheads and Ceilings Interior Project"

QUOTATION No.: HFI-C. Number 143 Bulkheads and Ceilings Interior Projects.

Dear Sir,
With reference to your kindly request for Bulkheads and Ceiling Interior Project and pleasant discussion on board, we have the pleasure to offer you as following



## Bulkheads split on each deck.

Material Panels 12mm MDF Fire retardant board see specification attached Clad with Eucalyptus Veneer as sample that will be send Monday for approval.

| Main deck: | Material | Installation | Total |
|---|---|---|---|
| 1249 M2 | $ 170.451,00 | $ 117.406,00 | $ 287.857,00 |
| **Boiler deck:** | | | |
| 720 M2 | $ 98.258,00 | $ 67.680,00 | $ 165.938,00 |
| **Hurricane deck:** | | | |
| 360 M2 | $ 49.130,00 | $ 33.840,00 | $ 82.970,00 |
| **Pillar clad with Eucalyptus Veneer. (amount to be calculated as new one getting added)** | | | |
| 35 pieces | $ 26.000,00 | $ 4.900,00 | $ 30.900,00 |
| Total | $ 343.839,00 | $ 223.826.00 | $ 567.665,00 |

==================================================================

## Ceiling's split on each deck.

Material Panels 8mm MDF Fire retardant board. Clad with Ash Veneer and Canvas as picture.

| **Main deck:** | Material | Installation | Total |
|---|---|---|---|
| 1050 M2 | $ 144.400,00 | $ 109.000,00 | $ 253.400,00 |



| **Boiler deck:** | Material | Installation | Total |
|---|---|---|---|
| 720 M2 | $ 135.350,00 | $ 105.000,00 | $ 240.350,00 |



| Hurricane deck: | Material | Installation | Total |
|---|---|---|---|
| 360 M2 | $ 67.200,00 | $ 46.000,00 | $113.200,00 |



| Main deck and Boiler deck. | Material | Installation | Total |
|---|---|---|---|

Bars Top Teak and vertical clad with Eucalyptus Veneer.

| | | | |
|---|---|---|---|
| Two bar counters | $ 62.400,00 | $ 4.000,00 | $ 66.400,00 |
| Glass wall and back bar counter Main and Boiler deck | | | $ 106.500,00 |

**Hurricane deck waiter station fixed same size as existing one in teak top and vertical eucalyptus**

| | | | |
|---|---|---|---|
| | $ 16.000,00 | $ 1.500,00 | $ 17.500,00 |

| Electrical issues | Material | Installation | Total |
|---|---|---|---|

Main-Boiler-Hurricane decks get all cables in order and arrange new for light fixture, new light fixture include, sample to be approved in case of PO.

| | | | |
|---|---|---|---|
| Turn key | | | $ 208.000,00 |

**Main deck entrée Reception desk on PS Side.**

| | |
|---|---|
| Teak top and vertical in Eucalyptus square top | $ 18.500,00 |

## Main deck 2 restrooms and 2 restrooms Boiler deck.

Restrooms, new include plumbing supply all accessories          $ 151.500,00

Include teak floors, all pluming above steel deck connection etc. All below excluded also steelwork.



## Waiter Stations Main-Boiler-Hurricane decks.

| | |
|---|---|
| 8 pcs each deck total 24 waiter stations as picture include installation | $ 26.000,00 |
| Travel cost, logistic and lodging | $ 135.000,00 |
| Total cost above offers | $ 1.904.015,00 |

## Exclude:

Soundsystem, televisions, doors, wine cellars and loose furniture we can provide prices by sending picture and specification for approval with prices etc.
On yard power supply, crane assistance and forklift.

## Commercial conditions:

Total price turn key $ 1.904.015,00

Prices is in Dollars, exclusive VAT (0%)

Prices is inclusive all materials, installation,

Transport, travel and accommodation

See specification

## Payments terms.
25% by order
25% by delivery of material New Orleans
30% by work carried out monthly by
approval from owner responsible on yard.
20% completion and approval from owner.

### Delivery time:

No later than 10 February 2019. This agreement is based on your schedule and told that additional works carried out from other contractors will not have any impact on our work schedule.
Weekly schedule meeting between both parties in order be on track and correct in case of issues that can affect completion.

### Guarantee:

12 months from the delivery date.

### Validity:

This offer is valid until the 30 October 2018

## Bank details:

HF ITALY SRLCR

Bank : Banca Friuladria- Credit Agricole

Monfalcone-Go-Italy

Accountno.40233878

EU IBAN: IT 65105336646110000 40233878

BIC SWIFT CODE: BPPN IT2 P176

This Contract shall enter into force upon signing by both Parties.

## Modification and assignment

Any amendment or assignment of this Contract shall be made in writing by agreement of both Parties.

## Number of originals

This Contract has been made in 2 (two) identical! originals of which each Party to receive 1 (one) original.

THE CLIENT

Cara Bella, 1LLC

THE CONTRACTOR

HF ITALY S.R.L.C.
Via Divisione Julia 60/B
33042 Buttrio UD
Part.IVA 02733890309

HF ITALY srl
Johnny Freund