UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| R.C.N. ASSOCIATES, INC. AND GC MARINE ELECTRIC LLC | * | CIVIL ACTION |
| | * | NO. 19-14657 |
| VERSUS | * | SECTION J |
| M/V SERENA CLUB, her engines, tackle, apparel, etc., *in rem* and CARABELLA1, LLC, *in personam* | * | JUDGE BARBIER |
| | * | MAG. VAN MEERVELD |

\*     \*     \*     \*     \*     \*     \*     \*

## CROSS-CLAIM OF R.C.N. ASSOCIATES, INC.

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff/Counter-Defendant, R.C.N. Associates, Inc. ("R.C.N. Associates"), who, in its capacity as Counter-Defendant, asserts the following Cross-Claim against HF Italy, s.r.l:

1.

R.C.N. Associates is a corporation formed under the laws of and having its principal place of business in the State of Florida.

2.

H.F. Italy, s.r.l, is a foreign company doing business in the United States, formed under the laws of and having its principal place of business in Italy.

3.

The Court has jurisdiction pursuant to Article III, Section 2 of the U.S. Constitution and 28 U.S.C. § 1333(1).

1

4.

This Court has personal jurisdiction over Counter-Defendant R.C.N. Associates, Inc., where it has affirmatively invoked the Court's jurisdiction, and over Cross-Defendant H.F. Italy, s.r.l, because of their continuous and systematic business contact within in the district, which are sufficient to establish the Court's general personal jurisdiction.

5.

Cara Bella 1, LLC, has alleged the liability of R.C.N. Associates, Inc., for deficient material and installation work supplied by H.F. Italy, s.r.l, on the M/V SERENA refurbishment project made subject of this litigation.

6.

HF Italy, s.r.l., and Cara Bella 1, LLC, entered into two contracts for labor and materials with respect to the subject project, those contracts having been filed into the record of this matter at Rec. Doc. 4-3 and 4-4.

7.

The contracts between HF Italy, s.r.l, and Cara Bella 1, LLC, were negotiated and executed by those parties alone, and without the assistance, direction or involvement of R.C.N. Associates, Inc.

8.

Due to its lack of involvement in the negotiation of the contracts between HF Italy, s.r.l., and Cara Bella 1, LLC, R.C.N. Associates, Inc., did not plan or design those aspects of the subject project contracted by HF Italy, s.r.l., nor did it participate in the planning or designing thereof. Upon information and belief, all such planning and designing, if any, was performed by HF Italy,

s.r.l., Cara Bella 1, LLC, or some third-party under the direction of either or both of them, and approved by Cara Bella 1, LLC.

9.

Due to its lack of involvement in the negotiation of the contracts between HF Italy, s.r.l., and Cara Bella 1, LLC, R.C.N. Associates, Inc., had no knowledge or reason to know of the details of the negotiations between HF Italy, s.r.l., and Cara Bella 1, LLC, nor the specifications for the materials to be supplied thereunder. Neither HF Italy, s.r.l., nor Cara Bella 1, LLC, requested the assistance of R.C.N. Associates, Inc., in choosing the materials to be supplied by HF Italy, s.r.l. R.C.N. Associates, Inc., has no knowledge as to whether Cara Bella 1, LLC, advised HF Italy of the need for materials to meet U.S. Coast Guard requirements. Cara Bella, LLC, did not request that RCN Associates, Inc., review the contracts nor the specifications for materials to be supplied thereunder to ensure conformity to project requirements.

10.

The contracts provided for HF Italy, s.r.l., to supply its own labor to perform installation of the materials supplied by HF Italy, s.r.l.

11.

HF Italy, s.r.l., had a designated, on-site Project Manager supervising and controlling the work of HF Italy, s.r.l., at all pertinent times.

12.

At all pertinent times, HF Italy, s.r.l., acted autonomously, and only answered to Cara Bella 1, LLC, with respect to its labor and materials. At no time did R.C.N. Associates, Inc., have or assume the obligation to manage or supervise the work of HF Italy, s.r.l., on the subject project,

nor did R.C.N. Associates, Inc., ever manage or supervise the work of HF Italy, s.r.l., on the subject project.

13.

R.C.N. Associates, Inc., re-avers and re-asserts all answers and defenses pled in this litigation and maintains that the claims of Cara Bella 1, LLC, are unfounded and should be dismissed. In the alternative, should any such claims be found to have merit, R.C.N. Associates, Inc., asserts that the claims and/or damages were not the result of any actions, inactions, or fault on the part of R.C.N. Associates, Inc., but were caused by the actions, inactions, or fault of HF Italy, s.r.l.

14.

R.C.N. Associates, Inc., asserts that, if Cara Bella 1, LLC, is successful in this case, then its damages were caused by HF Italy, s.r.l., in negligently planning, designing and performing its work; in supplying improper, inadequate and/or incorrect materials; and, in breaching its contracts, including all warranties provided concerning its labor and materials, both express or implied.

15.

Accordingly, HF Italy, s.r.l., is justly and truly indebted to R.C.N. Associates, Inc., for all damages that may be awarded to Cara Bella 1, LLC, and for all additional damages sustained by R.C.N. Associates, Inc.

**WHEREFORE**, the premises considered, Plaintiff/Counter-Defendant, R.C.N. Associates, Inc., prays that its Cross-Claim be deemed good and sufficient, and that after due proceedings are had, there be a Judgment in favor of R.C.N. Associates, Inc., and against Cara Bella 1, LLC, dismissing all the Counterclaims and Cross-Claims of Cara Bella 1, LLC, with prejudice and for such other relief as this Court deems appropriate and just. Alternatively, if Cara

Bella 1, LLC, is successful on its claims, R.C.N. Associates, Inc., prays for a Judgment in its favor on the Cross-Claim against HF Italy, s.r.l., for all damages awarded to Cara Bella 1, LLC, and all damages sustained by R.C.N. Associates, Inc.

Respectfully submitted,

**TREADAWAY BOLLINGER, LLC**

    /s/ Jeffrey E. McDonald
BRETT M. BOLLINGER (#24303)
JEFFREY E. MCDONALD (#33270)
RANDELL E. TREADAWAY (#01624)
L. PETER ENGLANDE (#34535)
406 N. Florida Street, Suite 2
Covington, Louisiana 70433
Telephone: (985) 273-3123
Telefax: (985) 871-8788
E-mail: jeff@ztlalaw.com
*Attorneys for R.C.N. Associates, Inc.*
*as Counter-Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on all counsel of record by the Court's Electronic Case Filing System, facsimile, e-mail and/or by placing same in the U. S. Mail, postage prepaid, on the 14th day of May, 2020.

    /s/ Jeffrey E. McDonald
    Jeffrey E. McDonald